CT Corporation

**Service of Process Transmittal**
04/30/2021
CT Log Number 539479259

**TO:**    Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**    **Process Served in Ohio**

**FOR:**    Wal-Mart Supercenter  (Assumed Name)  (Domestic State: DE)
Wal-Mart Stores East, LP (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lippolis Kristen, Pltf. vs. Walmart Supercenter #3342, et al., Dfts. *Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Summons, Return, Complaint |
| **COURT/AGENCY:** | Clermont County Court of Common Pleas, OH Case # 2021CVC00408 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 05/19/2019 - Located at 1815 E. Ohio Pike, Amelia, Ohio 45102 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Columbus, OH |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/30/2021 postmarked on 04/27/2021 |
| **JURISDICTION SERVED :** | Ohio |
| **APPEARANCE OR ANSWER DUE:** | Within 28 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Marcus Coleman 2692 Madison Road Suite N1 #330 Cincinnati, OH 45209 513-946-5252 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/01/2021, Expected Purge Date: 05/06/2021 |
| | Image SOP |
| | Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System 4400 Easton Commons Way Suite 125 Columbus, OH 43219 |
| | 877-564-7529 MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

 CT Corporation

**Service of Process
Transmittal**
04/30/2021
CT Log Number 539479259

TO: Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

RE: **Process Served in Ohio**

FOR: Wal-Mart Supercenter  (Assumed Name)  (Domestic State: DE)
Wal-Mart Stores East, LP (True Name)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / MD

CERTIFIED MAIL

neopost
CINCINNATI OH 452
27 APR 20    POM 4
FIRST CLASS MAIL
EarthDay
April 22nd 2021
ZIP 45103
041L12205326

43219-622325

BARBARA A. WIEDENBEIN
CLERMONT COUNTY
CLERK OF COURTS
270 E MAIN STREET
BATAVIA, OHIO 45103-3040
2021 CVC 00408
7112 4369 4680 2825 192 6



## USPS CERTIFIED MAIL

9214 8901 1213 6000 0000 1690 05

Walmart Supercenter
#3342 c/o Walmart Inc
CT Corporation System
4400 Easton Commons Way Suite
125
Columbus, OH 43219

# COURT OF COMMON PLEAS, CLERMONT COUNTY, OHIO
## SUMMONS

Rule 4.1970 Ohio Rules of Civil Procedure

CASE NO:  2021 CVC 00408

**Kristen Lippolis**
**P O Box 152**
**Amelia, OH 45102**

VS.

**Walmart Supercenter**
**#3342 c/o Walmart Inc**
**CT Corporation System**
**4400 Easton Commons Way**
**Suite 125**
**Columbus, OH  43219**

ISSUED

BARBARA A. WIEDENBEIN
CLERK OF COMMON PLEAS
CLERMONT COUNTY, OH
2021 APR 27 PH 2: 27

You are hereby notified that a complaint has been filed against you in the Clermont County Court of Common Pleas, 270 Main Street, Batavia, Ohio 45103, by the plaintiff(s) named herein.  A copy of said complaint is attached to this summons.

You are required to serve upon the plaintiff's attorney or upon the plaintiff(s) if he/she has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service.  Said answer must be filed with this Court within three days after service on Plaintiff's attorney.

The name and address of the plaintiff's attorney is as follows:

**Coleman, Marcus**
**2692 Madison Road**
**Suite N1 #330**
**Cincinnati Ohio 45209**
**513.946.5252**

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

BARBARA WIEDENBEIN, Clerk of Courts
April 27, 2021

By _____ Deputy Clerk

**Issued:**
Summons and Copy of Complaint, Certified mail; cv case; return receipt requested
7112436946802825192

CASE NO:  2021 CVC 00408

## RETURN

Received this summons on the _____ day of _____, 20 ___

at _____o'clock and pursuant to its command, I made personal service

upon the defendant on the _____ day of _____, 20 ___.

I was unable to serve a copy of the summons upon the defendant for the

following reasons:

_____

By:_____
Sheriff / Process Server

**Sheriff's Fees**

Service and return _____

Mileage _____ @ _____

**TOTAL**        _____

**Issued:**
**Summons and Copy of Complaint, Certified mail; cv case; return receipt requested**
**7112436946802825192  USPS   9214 8901 1213 6000 0000 1690   05**

FILED

2021 APR 26 PM 2: 49

BARBARA A WIEDENBEIN
CLERK OF COMMON PLEAS
CLERMONT COUNTY. OH

IN THE COURT OF COMMON PLEAS.
CLERMONT COUNTY, OHIO

KRISTEN LIPPOLIS
P.O. Box 152
Amelia, Ohio 45102
Plaintiff,

2021 CVC 00408 JUDGE MCBRIDE

vs.

Walmart Supercenter #3342
c/o Walmart, Inc. )
CT Corporation System )
4400 Easton Commons Way, Suite 125 )
Columbus, Ohio 43219 )
)
And )   Case No.
)   COMPLAINT
**SERVE**: Walmart, Inc. )
c/o CT Corporation System )
4400 Easton Commons Way, Suite 125 )
Columbus, Ohio 43219 )
)

And

Ohio Tort Recovery Unit
SERVE: Joseph McCandligh
150 East Gay Street, 21st Floor
Columbus, Ohio 43215

Defendants.

_____ JURISDICTION

    1. At all times material herein, Defendant Walmart Inc. ("Walmart") was a corporation licensed to and doing business with the State of Ohio specifically on May 19, 2019 in Clermont County, Ohio.

    2. On or about May 19, 2019, Defendant Walmart was operating as a for profit business.

    3. On or about, May 19, 2019, Defendant Walmart was open and doing business and permitted invitees onto its premises of 1815 E. Ohio Pike, Amelia, Ohio 45102.

    4. On or about, May 19, 2019, Plaintiff was an invitee and on the premises of the Defendant Walmart at 1815 E. Ohio Pike, Amelia, Ohio 45102.

5. At all times relevant hereto, Defendant Walmart had a duty to inspect the premises and to make the premises safe and free from unreasonably dangerous and/or defective conditions which it knew or should have known posed an unreasonable risk of harm to invitees such as Plaintiff.

6. On or about May 19, 2019, Plaintiff was a business invitee, walking through the site managed by the Defendants. At the same time and place, the floor was slippery and wet. The slippery and wet area caused Plaintiff to slip and fall, causing her sever injuries more fully described below.

7. On or about May 19, 2019, Defendant Walmart negligently maintained the premises at Walmart in an unreasonable and dangerous condition.

8. On or about May 19, 2019, Defendant Walmart had a duty of care to inspect its premises for conditions, which would present a hazard to patrons such as Plaintiff.

9. On or about May 19, 2019, Defendant Walmart breached its duty of care by failing to inspect for a dangerous condition, which was readily discoverable by Defendant.

10. On or about May 19, 2019, Defendant Walmart failed to correct a known dangerous condition on the premises of Walmart, which Defendant knew or should have known, existed.

11. On or about May 19, 2019, Defendant Walmart, through its agents or employees failed to warn or otherwise notify Plaintiff of a dangerous condition on the premises of Walmart, which Defendant knew or should have known, existed.

12. On or about May 19, 2019, Defendant Walmart through its agents or employees created an unreasonable and dangerous condition on the premises at Walmart.

13. As a direct and proximate result of Defendant Walmart's negligence, Plaintiff fell and suffered injury.

14. As a direct and proximate result of the carelessness and negligence of Defendant Walmart, Plaintiff suffered temporary and permanent bodily injuries requiring surgical repair of lower extremities, has endured pain and suffering and will condition to do so in the future, has incurred medical expenses in an undetermined amount and will continue to do so in the future, and has lost the use and enjoyment of good health.

**WHEREFORE,** Plaintiffs demands for judgment against Defendant Walmart in an undetermined amount in excess of $25,000.00 (Twenty-Five Thousand Dollars), prejudgment interest to be determined by the Court plus costs and all other relief to which she may be entitled. In addition, Plaintiff requests that Defendant, Ohio Tort Recovery Unit, set forth it's subrogated claim or forever be barred.

Marcus E. Coleman, #83164
2692 Madison Rd. Suite N1 #330
Cincinnati, Ohio 45209
(513) 607-2539
(513) 946-5252 facsimile
marcuscolemanlaw@yahoo.com